OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division in each case should be affirmed.
 

 Defendants appeal their convictions of first degree criminal trespass, third degree criminal possession of a weapon, and two counts of seventh degree criminal possession of a controlled substance. Their arguments that the trial court should have given a “moral certainty” charge, that the indictment was multiplicitous
 
 (see, People v Sykes,
 
 22 NY2d 159), and Cruz’s challenge to the legal sufficiency of the evidence regarding the length of the shotgun barrel are unpreserved for our review. Defendants’ remaining arguments are without merit.
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley, Rosenblatt and Graffeo concur.
 

 In each case: Order affirmed in a memorandum.